



## MEMORANDUM OPINION

No. 04-08-00758-CV

Ray **BASALDUA**, Individually and d/b/a Basaldua Roofing,
Appellant

v.

Harold **HADDEN** and Sandra Hadden,
Appellees

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 06-09-00303CVF
Honorable Donna S. Rayes, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
            Steven C. Hilbig, Justice
            Marialyn Barnard, Justice

Delivered and Filed: September 30, 2009

DISMISSED

Ray Basaldua, Individually and d/b/a Basaldua Roofing appeals the trial court's judgment signed July 15, 2008. Appellant's brief on the merits was originally due June 10, 2009. On June 26, 2009, we granted appellant an extension until August 10, 2009, to file the brief. In our order granting the extension, we noted that no further extensions would be granted. Neither the brief nor a motion for extension of time was filed. On August 24, 2009, we ordered appellant to file, not later

than ten days from the date of the order, a written response reasonably explaining his failure to timely file the brief.  Appellant has not filed a brief or the written response ordered by the court.

We therefore **order** this appeal dismissed for want of prosecution.  We further **order** that appellees, Harold Hadden and Sandra Hadden, recover their costs in this appeal from appellant.

PER CURIAM